| | |
|---|---|
| CHRISTOPHER P. BURKE, ESQ.<br>Nevada Bar No.: 004093<br>*attycburke@charter.net*<br>702 Plumas St.<br>Reno, Nevada 89509<br>(775) 333-9277<br>Attorney for Plaintiff,<br>Christopher Marino | ECF Filed on 8/31/2018 |

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE OCWEN LOAN SERVICING LLC,<br><br>This Document Relates To:<br>   ALL ACTIONS | **Lead Case No.: 3:16-cv-00200-MMD-WGC
(Consolidated with Case Nos. 3:16-cv-00483-MMD-WGC, 3:16-cv-00498-MMD-WGC, and 3:16-cv- 00603-MMD-WGC)**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE PLAINTIFF TO RESPOND TO OCWEN LOAN SERVICING, LLC'S RENEWED MOTION FOR SUMMARY JUDGMENT (Dkt.#110)** |

COME NOW, Plaintiff, Christopher Marino ("Plaintiff" or "Marino"), and Defendant Ocwen Loan Servicing LLC'S ("Defendant" or "Ocwen"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-1, as follows:

    1.    Plaintiffs Response to Defendants Renewed Motion for Summary Judgment (Dkt.# 110), is currently due on August 31, 2018.

    2.    The Parties are entering into this stipulation in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED THAT:

    3.    The deadline for Marino to respond to Defendants Renewed Motion for Summary Judgment, is hereby extended to September 14, 2018.

1

Dated: August 31, 2018

Christopher P. Burke, Esq.

By: */s/ Christopher P. Burke. Esq.*
Christopher P. Burke, Esq.
Nevada Bar No. 004093
*attycburke@charter.net*
702 Plumas St.
Reno, Nevada 89509
(775) 333-9277

By: */s/ Scott C. Borison, Esq.*
Scott C. Borison, Esq.
Legg Law Firm LLP
borison@legglaw.com
1900 S. Norfolk St., Suite 350
San Mateo, CA 94403
(301) 620-1016
*Attorneys for Plaintiff*

Dated: August 31, 2018

Troutman Sanders , LLP

By: */s/ Michael E. Lacy*
Michael E. Lacy,
Nevada Bar No. 9772
michael.lacy@troutman.com
1001 Haxall Point,
Suite 1500
Richmond, VA 23219
(804) 697-1326
*Attorney for Defendant*

## **ORDER**

IT IS SO ORDERED. The deadline for Marino to respond to Defendants Renewed Motion for Summary Judgment, is hereby extended to September 14, 2018.

_____
US DISTRICT DISTRICT JUDGE

DATED: September 4, 2018