JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: 702.960.4050
Facsimile: 702.960.4092
Jordan@TheSchnitzerLawFirm.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| IN RE OCWEN LOAN SERVICING, LLC | Lead Case No.: 3:16-CV-11200-MMD-WGC |
| This Document Relates To: | Consolidated with Case Nos.: |
| ALL ACTIONS | 3:16-CV-00200-MMD-WGC, <br> 3:16-CV-00483-MMD-WGC, <br> 3:16-CV-00498-MMD-WGC, and <br> 3:16-CV-00603-MMD-WGC |
| | **MOTION AND ORDER TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO THE COURT, CM/EMF, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Jordan P. Schnitzer, Esq. former attorney for Defendant, OCWEN LOAN SERVICING, LLC hereby files this Motion to Remove Attorney Jordan P. Schnitzer, Esq. from the Electronic Service List.

Jordan P. Schnitzer, Esq. at Jordan@theschnitnzerlawfirm.com is no longer an attorney at Kravitz, Schnitzer & Johnson, CHTD. and should be removed from the Electronic Service List.

It is upon the belief that Gary E. Schnitzer, Esq. at gschnitzer@ksjattorneys.com, John C. Lynch, Esq. at john.lynch@troutmansanders.com, Michael Lacey, Esq. michael.lacy@troutmansanders.com and Scott Kelly, Esq at scott.kelly@troutmansanders.com

1

remain counsel of record and should continue to receive notification via the Electronic Service List.

DATED this 22nd day of February 2019.

THE SCHNITZER LAW FIRM

By: _____
JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
9205 West Russell Road, Suite 240
Las Vegas, NV 89148
(702) 960-4050

IT IS SO ORDERED:

Dated: February 25, 2019.

_____
Honorable William G. Cobb
United States Magistrate Judge

2